**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**NORTHEN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

RECEIPT FOR EXHIBIT(S)



DATE: 7-11-11

RE:    Exhibit(s) in 4:11 MJ-229
USA v. Louis E. Gray

TO ATTORNEY: William Biggs

    Enclosed are exhibit(s) that were introduced in the above styled and numbered case at a hearing held today before Magistrate Judge Jeffrey Cureton.

    Although this case is pending as to this defendant, it is the Court's policy that custody of all exhibit(s) be held by the attorney that submitted the exhibit(s) to the Court.

    Please acknowledge receipt of the exhibit(s) by signing the acknowledgment below and returning to the District Clerk's Office.

Sincerely,
Karen Mitchell, Clerk

BY _____
Deputy Clerk

Enclosure

_____

ACKNOWLEDGMENT

_____          _____
Signature                        Date received   7/11/11